UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,                    Case No. 21-20717

                                             Hon. Mark A. Goldsmith

v.

DARRYL DOMINIC WOODFORD,

          Defendant.

_____/

### ORDER REGARDING FURTHER PROCEEDINGS

For the reasons stated at the April 27, 2026 hearing, the Court orders as follows:

1. Defendant's oral motion for adjournment of the sentencing, which was scheduled for today, is granted.   The new sentencing date is June 3, 2026 at 1:30 pm.   There will be no further adjournments of sentencing.

2. Stand-by counsel Mitchell Ribitwer must obtain from probation copies of all pre-sentence investigation reports prepared for Defendant.   He must also obtain from the Government all search tabulations in connection with the case and the victim statement to which Defendant made reference at today's hearing.   By May 1, 2026, he must meet with Defendant and go over such documents with Defendant.   Any restrictions on sharing the victim statement with Defendant or other limitations on the use of the statement that were previously imposed remain in effect.

3. Defendant must file his sentencing memorandum by May 18, 2026.   The Government may respond no later than May 27, 2026.

4. There will be no hearing on the pending motions (Dkts. 134, 147, and 157).   The Court will either issue an opinion before sentencing or deliver an oral opinion at sentencing.

 SO ORDERED.

Dated: April 29, 2026                      s/Mark A. Goldsmith
          Detroit, Michigan               MARK A. GOLDSMITH
                                           United States District Judge


1